BRIAN J. STRETCH (CABN 163273)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    FAX: (408) 535-5066
    timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13 - 0169 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| FEDERICO R. BUENROSTRO, JR., aka Fred Buenrostro, | |
| Defendant. | |

    WHEREAS, the defendant FEDERICO R. BUENROSTRO, JR., aka Fred Buenrostro, is scheduled to appear before this Court on December 10, 2015, for sentencing in the above-entitled action;

    WHEREAS, the parties have determined that there is a need for a continuance in order to permit Mr. Buenrostro's ongoing cooperation with the Government;

    WHEREAS, pursuant to the terms of his plea agreement, the defendant has no objection to the continuance of his sentencing;

////

STIPULATION AND [PROPOSED] ORDER
CR 13 - 0169 CRB                      1

WHEREAS, the parties have conferred with this Court's deputy and determined that **Wednesday, May 18, 2016, at 10:00 a.m.**, is an available and agreeable date for the Court's calendar, and, furthermore, that this date is an available and agreeable date for the United States Probation Officer who is assigned to this matter;

THEREFORE, the parties jointly request and stipulate that the sentencing in this matter be continued until **Wednesday, May 18, 2016, at 10:00 a.m.**

**IT IS SO STIPULATED.**

DATED: November 24, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

/s/
WILLIAM J. PORTANOVA
Attorney for Defendant
FEDERICO R. BUENROSTRO, JR.,
aka Fred Buenrostro

**IT IS SO ORDERED.**

DATED: November 25, 2015

HON. CHARLES R. BREYER
United States District Court

STIPULATION AND [PROPOSED] ORDER
CR 13 - 0169 CRB                    2